UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

Carlton Wilson,

                                        Plaintiff,

                -against-

Capt. Vaughan I.D. 197
Mercado C.O. 2106
Fidel Gonzalez, Warden
William C. Thompson, Jr. Comptroller

                                       Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 5966 (CM)

       **PLEASE TAKE NOTICE** that David Hazan, Senior Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for New York City Comptroller William C. Thompson.[1]

Dated: New York, New York
         September 17, 2008

                                                  MICHAEL A. CARDOZO
                                                Corporation Counsel
                                                of the City of New York
                                                Attorney for Defendant William C.
                                                Thompson
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 788-0988

                                           By:   */s/ David Hazan*
                                                David Hazan
                                                Senior Counsel
                                                Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Ezra Schulman, who is presently awaiting admission to the bar, and is handling this matter under supervision. Mr. Schulman may be reached directly at (212) 442-8600.

cc:    Mr. Carlton Wilson (By mail)
       Plaintiff *Pro Se*
       07A4614
       Sullivan correctional facility
       PO Box 116
       Fallsburg, NY 12733